UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ANGEL EMILIANO MEJIA,

        Petitioner,

v.

KRISTI NOEM et al.,

        Respondents.

_____/

Case No. 1:25-cv-1594

Honorable Jane M. Beckering

## **ORDER**

Petitioner, a United States Immigration and Customs Enforcement detainee, initiated this action by filing a counseled combined petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and complaint for emergency injunctive relief. (Pet., ECF No. 1.) In an opinion and judgment entered on December 12, 2025, the Court conditionally granted Petitioner's § 2241 petition and ordered Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within five business days or to immediately release Petitioner from custody. (ECF Nos. 6, 7.) The Court ordered Respondents to file a status report with the Court to certify compliance with the Court's opinion and judgment, and the Court ordered Respondents to provide the following information in the status report: "if and when the bond hearing occurred, if bond was granted or denied, and *if bond was granted, the conditions of the bond*, or if bond was denied, the reasons for the denial." (ECF Nos. 6, 7 (emphasis added).)

On December 19, 2025, Respondents filed a status report indicating that Respondents "provided Petitioner with a bond hearing on December 18, 2025," and "[t]he Immigration Judge granted Petitioner bond." (ECF No. 8, PageID.102.) However, Respondents failed to provide any

information about the conditions of Petitioner's bond, as they had been ordered to do in the Court's December 12, 2025, opinion and judgment. Accordingly,

**IT IS ORDERED** that Respondents shall file an updated status report with information about the conditions of Petitioner's bond within two business days of the date of this order.

Dated:   January 2, 2026                         /s/ Jane M. Beckering
                                                 Jane M. Beckering
                                                 United States District Judge